## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **KATELYN GARRETT,** | |
| **Plaintiff,** | **8:24CV344** |
| **vs.** | **ORDER** |
| **MIDWEST HOME HEALTH, INC.,** | |
| **Defendant.** | |

The Court held a telephone conference with counsel for the parties on February 25, 2026, regarding written discovery disputes. The parties submitted position statements and other documents to the Court in advance of the hearing, which are attached to this Order.  The Court's rulings on the parties' disputes were stated on the record during the call, which was uploaded as a separate audio file (Filing No. 47).  In accordance with the Court's rulings during the conference,

1. On February 25, 2026, Defendant submitted unredacted copies of Bate Nos. MHH_0213-0230 to the undersigned magistrate judge for *in camera* review to determine whether Defendant properly redacted privileged information.  After review, the Court finds Defendant properly redacted the documents, including the document labeled MHH_0222.

2. Defendant's objections to Plaintiff's First Set of Interrogatories and First and Second Sets of Requests for Production of Documents are overruled.  However, after review of Defendant's answers and responses, as supplemented, the Court finds Defendant has sufficiently answered and responded to the written discovery.  By March 19, 2026, Defendant shall further supplement its answers and responses, as necessary.

3. For purposes of filing Objections to Magistrate Judge's Orders under NECivR 72.2(a), any party must do so within 14-days of this Order.

**IT IS SO ORDERED.**

Dated this 26th day of February, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge