**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **KATELYN GARRETT,** | |
| **Plaintiff,** | **8:24CV344** |
| **vs.** | **FIFTH AMENDED CASE PROGRESSION ORDER** |
| **MIDWEST HOME HEALTH, INC.,** | |
| **Defendant.** | |

This matter comes before the Court on the Joint Motion to Amend Fourth Amended Case Progression Order (Filing No. 62).  After review of the motion, the Court finds good cause to grant the requested extensions.  Accordingly,

**IT IS ORDERED** that the Joint Motion to Amend Fourth Amended Case Progression Order (Filing No. 62) is granted, and the fourth amended case progression order is amended as follows:

1) The deadline for filing motions to exclude testimony on *Daubert* and related grounds remains **May 20, 2026**.

2) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is extended to **June 30, 2026**.

3) The deadline for filing motions to dismiss and motions for summary judgment is extended to **August 31, 2026**.

4) The parties are to contact chambers of the undersigned magistrate judge within 7-days of the Court's rulings on all dispositive motions to schedule a planning conference to set the pretrial conference and trial, if necessary

5) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

6) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 14th day of May, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge