IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KATELYN GARRETT,<br><br>Plaintiff,<br><br>vs.<br><br>MIDWEST HOME HEALTH, INC.,<br><br>Defendant. | **8:24CV344**<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the parties' Stipulation for Dismissal (Filing No. 69). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed with prejudice with each party to pay its own costs and attorneys' fees.

Dated this 16th day of October, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge